UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020

United States of America,

–v–

Soloman Graham,

            Defendant.

16-cr-426 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Mr. Graham's pro se motion for compassionate release filed August 11, 2020. The Government is hereby ordered to respond to the motion by September 4, 2020. The Government shall mail a copy of its response to Mr. Graham at the time of filing. Mr. Graham may file a reply by September 18, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Graham and note its mailing on the public docket.

      SO ORDERED.

Dated: August 27, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge