UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2021
```

United States of America,

—v—

Soloman Graham,

              Defendant.

16-cr-426 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The Court today received the attached letter on behalf of Mr. Graham dated December 22, 2020. The Court ruled on February 2, 2021, that Mr. Graham was not entitled to compassionate release, and the Court does not find any basis to revisit that decision based on this submission.

        The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Graham and to note the mailing on the public docket.

        SO ORDERED.

Dated: February 22, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge


Case 1:16-cr-00426-AJN Document 96 Filed 02/22/21 Page 2 of 2

RECEIVED
FEB 22 2021
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.

16 CR 426 (AJN)

December 22, 2020

To whom it may concern:

My name is Nahjee Holley. I am writing regard to my Father, Solomon Graham, an inmate at Berlin Federal Correctional Institute. I am concerned for my father's health. Covid cases are rising quickly and my family and I fear for my father's life. My father is asthmatic and has been recently diagnosed pre-diabetic. Everyday more people are acquiring this life-threatening virus and we fear that he will too. I plead that you please consider allowing my father to come home until the corona rates decrease. At the facility, my father has a high risk of acquiring the virus because of their limited access to masks and hand sanitizer. I am also concerned for the food being served to him. What policies have been implemented to ensure the safety of the inmates? I fear that the kitchen staff may not properly disinfect the areas used to prepare the meals or may not properly wash the food consumed by the inmates. My sister and I are both expecting babies and we fear that visiting my father can endanger us and the fetus's. I am aware that there is no cure, but I know that my father would be safer at home with his family.