```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Solomon Graham,

Defendant.

16-cr-426 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On July 14, 2023, Defendant Solomon Graham, acting *pro se*, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582. Dkt. No. 116. The Government shall file any response to the motion no later than **August 8, 2023**. Defendant shall file any reply no later than **August 29, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Graham and to note the mailing on the public docket.

SO ORDERED.

Dated: July 18, 2023
　　　　New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation